UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  13-Civ-22798-COOKE/WHITE
(04-Cr-20487-COOKE)

CHARLES WOOTEN,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters, ECF No. 3. On March 14, 2014, Judge White issued a Report of Magistrate Judge, ECF No. 9, recommending: (i) that Charles Wooten's Motion to Vacate Sentence pursuant to 28 U.S.C. § 225, ECF No. 1, be dismissed because he failed to bring it within the one-year limitations period prescribed by statute; (ii) that a certificate of appealability be denied; (iii) that the case be closed.

On April 10, 2014, Movant Charles Wooten objected to the Report of Magistrate Judge, ECF No. 10. However, Wooten failed to demonstrate new facts or establish that he is entitled to equitable tolling of the one-year limitations period. After consideration of Judge White's Report and Recommendation, Wooten's objections, and a *de novo* review of the record, I find Judge White's Report and Recommendation clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge White's Report and Recommendation, ECF No. 9, with respect to the merits of the case is **AFFIRMED and ADOPTED**. Accordingly, the Motion to Vacate Sentence, ECF No. 1, is **DENIED**. The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated

that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

      **DONE and ORDERED** in Chambers, in Miami, Florida, this 29th day of October 2014.

                              */s/ Marcia G. Cooke*
                              MARCIA G. COOKE
                              United States District Judge

Copies furnished to:
Patrick A. White, U.S. Magistrate Judge

Counsel of record

Charles Wooten, *pro se*
Prisoner No. 48785-004
Talladega Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1000
Talladega, Alabama 35160